UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAM NGUYEN,<br><br>Defendant. | CASE NO. CR07-261-JCC<br><br>DETENTION ORDER |

I conducted a initial appearance hearing on alleged violations of supervised release on February 1, 2007. The United States was represented by Lisca Borichewski. The defendant was represented by William Hines.

U.S. Pretrial Officer Courtney Knudsen alleges Defendant violated the conditions of the bond in the following respect:

(1) Failing to comply with the special condition of his bond that he comply with the Electronic Monitoring program under the direction of Pretrial Services by leaving his residence on December 8, 2007 without prior approval.

I advised the defendant of the charge and of his constitutional rights. Mr. Nguyen admitted to the violation and was ordered detained pending further disposition by the court.

DATED this 5th day of February, 2008.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -1-